# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: GOUGH, DAVID W § Case No. 13-19182
      GOUGH, ROBINLYNN ROBERTI §
      §
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    ILENE F. GOLDSTEIN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $1,413,603.00 *(without deducting any secured claims)* | Assets Exempt: $47,600.00 |
| Total Distribution to Claimants: $11,661.08 | Claims Discharged Without Payment: $574,166.82 |
| Total Expenses of Administration: $5,838.92 | |

    3) Total gross receipts of $ 17,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $17,500.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 5,838.92 | 5,838.92 | 5,838.92 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 585,827.90 | 585,827.90 | 11,661.08 |
| **TOTAL DISBURSEMENTS** | $0.00 | $591,666.82 | $591,666.82 | $17,500.00 |

4) This case was originally filed under Chapter 7 on May 06, 2013. The case was pending for 24 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/17/2015         By: /s/ILENE F. GOLDSTEIN
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2010 Lexus RX 350 and accessories. | 1129-000 | 17,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$17,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ILENE F. GOLDSTEIN AS TRUSTEE | 2100-000 | N/A | 2,500.00 | 2,500.00 | 2,500.00 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3110-000 | N/A | 2,907.00 | 2,907.00 | 2,907.00 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3120-000 | N/A | 34.75 | 34.75 | 34.75 |
| Rabobank, N.A. | 2600-000 | N/A | 26.00 | 26.00 | 26.00 |
| Rabobank, N.A. | 2600-000 | N/A | 23.45 | 23.45 | 23.45 |

| | | | | | |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 27.60 | 27.60 | 27.60 |
| Rabobank, N.A. | 2600-000 | N/A | 25.89 | 25.89 | 25.89 |
| Rabobank, N.A. | 2600-000 | N/A | 23.35 | 23.35 | 23.35 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 17.96 | 17.96 | 17.96 |
| Rabobank, N.A. | 2600-000 | N/A | 24.14 | 24.14 | 24.14 |
| Rabobank, N.A. | 2600-000 | N/A | 26.59 | 26.59 | 26.59 |
| Rabobank, N.A. | 2600-000 | N/A | 24.88 | 24.88 | 24.88 |
| Rabobank, N.A. | 2600-000 | N/A | 24.02 | 24.02 | 24.02 |
| Rabobank, N.A. | 2600-000 | N/A | 27.30 | 27.30 | 27.30 |
| Rabobank, N.A. | 2600-000 | N/A | 23.95 | 23.95 | 23.95 |
| Rabobank, N.A. | 2600-000 | N/A | 26.39 | 26.39 | 26.39 |
| Rabobank, N.A. | 2600-000 | N/A | 25.53 | 25.53 | 25.53 |
| Rabobank, N.A. | 2600-000 | N/A | 22.20 | 22.20 | 22.20 |
| Rabobank, N.A. | 2600-000 | N/A | 27.92 | 27.92 | 27.92 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $5,838.92 | $5,838.92 | $5,838.92 |

### EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Joan Roberti, Trustee | 7100-000 | N/A | 568,654.86 | 568,654.86 | 11,319.25 |
| 2 | American Express Centurion Bank | 7100-000 | N/A | 17,173.04 | 17,173.04 | 341.83 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $585,827.90 | $585,827.90 | $11,661.08 |

UST Form 101-7-TDR (10/1/2010)

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 13-19182  
**Case Name:** GOUGH, DAVID W  
GOUGH, ROBINLYNN ROBERTI  
**Period Ending:** 04/17/15  

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 05/06/13 (f)  
**§341(a) Meeting Date:** 06/13/13  
**Claims Bar Date:** 05/01/14  

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| 1  ** - PResidence, Y-**1180 Sir William Lane, Y-* <br> Orig. Asset Memo: Imported from original petition Doc# 1 | 1,400,000.00 | 0.00 | | 0.00 | FA |
| 2  Options Acct <br> Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 100.00 | | 0.00 | FA |
| 3  **Checking account Federal <br> Orig. Asset Memo: Imported from original petition Doc# 1 | 62.00 | 62.00 | | 0.00 | FA |
| 4  90 -Checking account Forest Bank <br> Orig. Asset Memo: Imported from original petition Doc# 1 | 354.00 | 354.00 | | 0.00 | FA |
| 5  Inc.Checking account <br> Orig. Asset Memo: Imported from original petition Doc# 1 | 1,587.00 | 1,587.00 | | 0.00 | FA |
| 6  HoBrokerage account Schwab <br> Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 7  199Savings Account Forest Bank & Trust <br> Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 8  Furniture/Household Goods <br> Orig. Asset Memo: Imported from original petition Doc# 1 | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 9  Upright piano Residence <br> Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 100.00 | | 0.00 | FA |
| 10  Clothing home <br> Orig. Asset Memo: Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 11  Platinum wedding bands debtors' person <br> Orig. Asset Memo: Imported from original petition Doc# 1 | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 12  10 year old pool table equipment. | 100.00 | 100.00 | | 0.00 | FA |

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-19182  
**Case Name:** GOUGH, DAVID W  
GOUGH, ROBINLYNN ROBERTI  
**Period Ending:** 04/17/15  

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 05/06/13 (f)  
**§341(a) Meeting Date:** 06/13/13  
**Claims Bar Date:** 05/01/14  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Orig. Asset Memo: Imported from original petition Doc# 1 |  |  |  |  |  |
| 13 | Term Life Insurance company of each policy and i<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 |  | 0.00 | FA |
| 14 | Life Insurance Diff Policies<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 |  | 0.00 | FA |
| 15 | twUniversal life insurance Mutual<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 |  | 0.00 | FA |
| 16 | IRA<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 3,800.00 | 0.00 |  | 0.00 | FA |
| 17 | SEP IRA Charles Schwab<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 |  | 0.00 | FA |
| 18 | Class action lawsuit involving Chicago Mercantil<br>Orig. Asset Memo: Imported from original petition Doc# 1 | Unknown | 0.00 |  | 0.00 | FA |
| 19 | 2010 Lexus RX 350 and accessories.<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 26,000.00 | 13,200.00 |  | 17,500.00 | FA |
| 20 | 5 year old desktop w/ 3 hard drives and 8 monito<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 500.00 |  | 0.00 | FA |
| 20 | **Assets    Totals** (Excluding unknown values) | **$1,439,603.00** | **$22,003.00** |  | **$17,500.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

STATUS: The Trustee recently sent her final report to the UST for approval.

Exhibit 8

Page: 3

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-19182
**Case Name:** GOUGH, DAVID W
GOUGH, ROBINLYNN ROBERTI
**Period Ending:** 04/17/15

**Trustee:** (330290)   ILENE F. GOLDSTEIN
**Filed (f) or Converted (c):** 05/06/13 (f)
**§341(a) Meeting Date:** 06/13/13
**Claims Bar Date:** 05/01/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**   December 31, 2014    **Current Projected Date Of Final Report (TFR):**   January 21, 2015  (Actual)

Printed: 04/17/2015 02:47 PM    V.13.21

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 13-19182  
**Case Name:** GOUGH, DAVID W  
GOUGH, ROBINLYNN ROBERTI  
**Taxpayer ID #:** **-***1334  
**Period Ending:** 04/17/15  

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3266 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/27/13 | {19} | Jacqueline and Dominick Roberti | Sale of Car Back to Debtor | 1129-000 | 17,500.00 | | 17,500.00 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.00 | 17,474.00 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.45 | 17,450.55 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.60 | 17,422.95 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.89 | 17,397.06 |
| 02/25/14 | 101 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/25/2014 FOR CASE #13-19182, Bond Premium<br>Voided on 03/07/14 | 2300-000 | | 22.26 | 17,374.80 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.35 | 17,351.45 |
| 03/07/14 | 101 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/25/2014 FOR CASE #13-19182, Bond Premium<br>Voided: check issued on 02/25/14 | 2300-000 | | -22.26 | 17,373.71 |
| 03/07/14 | 102 | INTERNAL REVENUE SERVICE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/07/2014 FOR CASE #13-19182, Bond Premium<br>Voided on 03/10/14 | 2300-000 | | 17.96 | 17,355.75 |
| 03/10/14 | 102 | INTERNAL REVENUE SERVICE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/07/2014 FOR CASE #13-19182, Bond Premium<br>Voided: check issued on 03/07/14 | 2300-000 | | -17.96 | 17,373.71 |
| 03/10/14 | 103 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/10/2014 FOR CASE #13-19182, Bond Premium | 2300-000 | | 17.96 | 17,355.75 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.14 | 17,331.61 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.59 | 17,305.02 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.88 | 17,280.14 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.02 | 17,256.12 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.30 | 17,228.82 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.95 | 17,204.87 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.39 | 17,178.48 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.53 | 17,152.95 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.20 | 17,130.75 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.92 | 17,102.83 |
| 02/20/15 | 104 | ILENE F. GOLDSTEIN AS TRUSTEE | Dividend paid 100.00% on $2,500.00, Trustee Compensation;  Reference: | 2100-000 | | 2,500.00 | 14,602.83 |
| 02/20/15 | 105 | LAW OFFICES OF ILENE F. | Dividend paid 100.00% on $34.75, Attorney for | 3120-000 | | 34.75 | 14,568.08 |

Subtotals :    $17,500.00    $2,931.92

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 13-19182  
**Case Name:** GOUGH, DAVID W  
GOUGH, ROBINLYNN ROBERTI  
**Taxpayer ID #:** **-***1334  
**Period Ending:** 04/17/15

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3266 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | GOLDSTEIN, CHARTERED | Trustee Expenses (Trustee Firm); Reference: | | | | |
| 02/20/15 | 106 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $2,907.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 2,907.00 | 11,661.08 |
| 02/20/15 | 107 | Joan Roberti, Trustee | Dividend paid 1.99% on $568,654.86; Claim# 1; Filed: $568,654.86; Reference: | 7100-000 | | 11,319.25 | 341.83 |
| 02/20/15 | 108 | American Express Centurion Bank | Dividend paid 1.99% on $17,173.04; Claim# 2; Filed: $17,173.04; Reference: | 7100-000 | | 341.83 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 17,500.00 | 17,500.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 17,500.00 | 17,500.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $17,500.00 | $17,500.00 | |

Net Receipts : 17,500.00  
Net Estate : $17,500.00

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******3266** | 17,500.00 | 17,500.00 | 0.00 |
| | $17,500.00 | $17,500.00 | $0.00 |

{} Asset reference(s)

Printed: 04/17/2015 02:47 PM  V.13.21